IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEAN GUENTHER,

      Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                          Case No. 17-cv-231-bbc

LOUIS WILLIAMS II,

      Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Dean Guenther for a petition for a writ of certiorari under 28 U.S.C. § 2241.

| /s/ | 11/2/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |