IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
Case# 3:17-CV-00231-BBC

DOC NO
REC'D/FILED

2017 NOV 22 AM 10:09

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DEAN GUENTHER
    Petitioner

v

LOUIS WILLIAMS, II (Warden - FCI Oxford)

### NOTICE OF APPEAL

COMES NOW petitioner Guenther, hereby gives notice of appeal from the judgment & Order denying his Memorandum of Law in Support of Petition for Writ of Heabeas Corpus pursuant to 28 U.S.C.§2241, by the Honorable Judge Crabb, United States District Court for the Western District of Wisconsin. 11/ 02 /2017

DATE: 11/ 20 /2017      1

RESPECTFULLY SUBMITTED:

Dean Guenther

DEAN GUENTHER #12072-041

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1000

OXFORD, WISCONSIN 53952